IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI

| | |
|---|---|
| OUR LADY'S INN, et al., | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| vs. | ) No. 4:17-cv-01543-AGF |
| | ) |
| CITY OF ST. LOUIS, | ) |
| | ) |
| Defendant. | ) |

**PLAINTIFFS' UNOPPOSED REQUEST FOR EXTENSION OF TIME
TO FILE THEIR MOTION FOR ATTORNEY FEES**

Plaintiffs respectfully request an extension of time, from October 21, 2018 to November 13, 2018, in which to file their motion for attorney fees and costs under 42 U.S.C. 1988.

In support thereof, Plaintiffs state that their counsel is unable, due to the press of other business, to prepare the motion for attorney fees and costs by October 21, 2018, as set forth in the Local Rules.

Counsel for Plaintiffs has conferred with Defendant's counsel, who states that he has no objection to Plaintiffs' request.

WHEREFORE, Plaintiffs respectfully request they be granted until November 13, 2018 to file their motion for attorney fees and costs under 42 U.S.C. 1988.

THOMAS MORE SOCIETY

By: /s/ Sarah E. Pitlyk
Sarah E. Pitlyk #60670MO
Thomas Brejcha
Peter Breen
19 S. La Salle Street, Suite 603
Chicago, IL 60603
Phone: (312) 782-1680
Facsimile: (312) 782-1887

Attorneys for Plaintiffs

**Certificate of Service**

  I hereby certify that on October 11, 2018, the foregoing was filed electronically with the Clerk of the Court for the United States District Court for the Eastern District of Missouri to be served by operation of the Court's electronic filing system upon the following registered CM/ECF participants:

  Robert M. Hibbs
  Nolan Sharkey
  Associate City Counselor
  City of St. Louis Law Department
  1915 Olive Street, Room 773
  St. Louis, MO 63103-1625

            /s/ Sarah E. Pitlyk