IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| OUR LADY'S INN, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| vs. ) | Case No. 4:17-cv-01543-AGF |
| ) | |
| THE CITY OF ST. LOUIS, ) | |
| ) | |
| Defendant. ) | |

## **NOTICE OF SETTLEMENT**

Plaintiffs, Our Lady's Inn, et al., and Defendant, City of St. Louis ("City"), have settled all claims. The parties estimate that they will need thirty (30) days to effect the terms of their settlement, after which they will file a stipulation of dismissal.

Respectfully submitted this 10th day of January, 2019.

| | |
|---|---|
| THOMAS MORE SOCIETY | JULIAN L. BUSH, CITY COUNSELOR |
| | |
| By: /s/ Sarah E. Pitlyk | By: /s/ Robert M. Hibbs |
| Sarah E. Pitlyk #60670MO | Robert M. Hibbs #41668MO |
| Thomas Brejcha | Associate City Counselor |
| Peter Breen | 1520 Market Street, Room 4025 |
| 19 S. La Salle Street, Suite 603 | St. Louis, MO 63103 |
| Chicago, IL 60603 | Phone: (314) 657-1304 |
| Phone: (312) 782-1680 | Fax: 314-641-8280 |
| Facsimile: (312) 782-1887 | HibbsR@stlouis-mo.gov |
| | |
| Attorneys for Plaintiffs | Attorney for Defendant |

-2-

CERTIFICATE OF SERVICE

A copy of the foregoing was filed electronically on the 10th day of January, 2019, with the Clerk of Court to be served by operation of the Court's electronic filing system upon all parties of record.

/s/ Robert M. Hibbs